IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| SURFER INTERNET BROADCASTING OF MISSISSIPPI, LLC, <br><br> Plaintiff, <br><br> v. <br><br> XM SATELLITE RADIO INC., and SIRIUS SATELLITE RADIO INC., <br><br> Defendants. | Civil Action No. 4:07CV34-M-B <br><br> **JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT OF**
**SURFER INTERNET BROADCASTING OF MISSISSIPPI, LLC**

**COMES NOW** Plaintiff Surfer Internet Broadcasting of Mississippi, LLC, by and through its counsel of record, pursuant to Local Rule 7.3, hereby serves this, its Corporate Disclosure Statement as follows:

WAG Acquisition, LLC is the parent corporation of Surfer Internet Broadcasting of Mississippi, LLC.

**RESPECTFULLY SUBMITTED** on this the 27th day of February, 2007.

_____
**J. KIRKHAM POVALL**
Lead Attorney
State Bar No. 4459
E-mail: jkpovall@bellsouth.net
**S. TODD JEFFREYS**
State Bar No. 100042
E-mail: stjeffreys@bellsouth.net
**POVALL & JEFFREYS, P.A.**
215 North Pearman Avenue
P. O. Drawer 1199
Cleveland, Mississippi 38732
Telephone:   (662) 843-9948
Facsimile:   (662) 842-9957

CORPORATE DISCLOSURE STATEMENT                                              PAGE 1
OF SURFER INTERNET BROADCASTING OF
MISSISSIPPI, LLC

OF COUNSEL:

John F. Ward, Esq.
E-mail: wardj@wardolivo.com
John W. Olivo, Jr., Esq.
E-mail: olivoj@wardolivo.com
**WARD & OLIVO**
New York, New York 10017
Telephone:    (212) 697-6262
Facsimile:    (212) 972-5866

Leslie D. Ware, Esq.
E-mail: lesware@airmail.net
**MONTS & WARE, L.L.P.**
1701 North Market Street, Suite 330
Dallas, Texas 75202
Telephone:    (212) 744-5000
Facsimile:    (212) 744-5013

Mike McKool, Jr., Esq.
E-mail: mmckool@mckoolsmith.com
Sam Baxter, Esq.
E-mail: sbaxter@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:    (214) 978-4000
Facsimile:    (214) 978-4044

Richard F. Scruggs, Esq.
708 Third Avenue
State Bar No. 6582
E-mail: dickscruggs@scruggsfirm.com
David Zachary Scruggs, Esq.
State Bar No. 100011
E-mail: zachscruggs@scruggsfirm.com
David Shelton, Esq.
State Bar No. 99675
E-mail: davidshelton@scruggsfirm.com
**SCRUGGS LAW FIRM, P.A.**
120A Courthouse Square
P.O. Box 1136
Oxford, Mississippi 38655
Telephone:    (662) 281-1212
Facsimile:    (662) 281-1312

**ATTORNEYS FOR PLAINTIFF,
SURFER INTERNET BROADCASTING
OF MISSISSIPPI, LLC**